UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUANE M. MILLER and LAVONNE A. MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES A. MYERS; DANIEL A. HALLY; MICHAEL WORTON, WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE; ASOTIN COUNTY; and JOHN DOES 1-10,<br><br>Defendants. | NO. CV-10-360-EFS<br><br>**PROTECTIVE ORDER** |

Before the Court, without oral argument, is the Stipulation of Parties Re Motion for Protective Order, ECF No. 23. The parties agree that a protective order should be entered pursuant to Federal Rule of Civil Procedure 26(c), to protect 1) personnel and employment records, and 2) investigation records that are not subject to public disclosure.

Based on the parties' stipulation and Proposed Protective Order, ECF No. 23-1, **IT IS HEREBY ORDERED**:

1. The Stipulation of Parties Re Motion for Protective Order, ECF No. 23, is **GRANTED**.

ORDER ~ 1

1    2.   All records or materials specified by the parties shall be
2 subject to protection.  That is, all personnel and employment records,
3 and investigative materials that are not subject to public disclosure are
4 subject to this Protective Order.
5    3.   Any records or materials falling within these above-identified
6 categories shall be marked confidential and only used as necessary in
7 connection with these proceedings and shall not be used in any other
8 lawsuit, claim, or cause of action, or in any other way unless ordered
9 by a court of competent jurisdiction.  Neither the parties nor their
10 counsel shall produce or otherwise disclose or reveal any such material
11 or their contents to any other entity or person other than parties,
12 expert witnesses retained for this litigation, and ordinary and regular
13 administrative and legal staff retained to work on a regular basis,
14 absent written agreement of the parties or further order of the Court.
15   **IT IS SO ORDERED.**  The District Court Executive is directed to enter
16 this Order and provide a copy to Plaintiffs and counsel.
17   **DATED** this ___1st___ day of August 2011.

                        s/ Edward F. Shea
                        EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2010\360.protective.order.frm

ORDER ~ 2