AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DUANE M. MILLER and LAVONNE A. MILLER,

                Plaintiffs,

                JUDGMENT IN A CIVIL CASE

                v.

CHARLES A. MYERS; DANIEL A. HALLY; MICHAEL WHORTON; WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE; and ASOTIN COUNTY,

CASE NUMBER: CV-10-360-EFS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered with prejudice in Defendants' favor pursuant to the Order Granting Defendants' Motions For Summary Judgment, Dismissing Complaint, and Closing File entered on March 16, 2012, ECF No. 105.

March 16, 2012                        JAMES R. LARSEN
*Date*                                     *Clerk*

                                        s/ Cora Vargas
                                        *(By) Deputy Clerk*
                                        Cora Vargas